UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROBERT CROOMS, JR. | DOCKET NO. 6:25-cv-0085 <br> SECTION P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| BOSTONS BEST | MAGISTRATE JUDGE J. AYO |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED** in chambers this 14th day of April, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE